# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**RAY STANFORD,**

        Plaintiff,

    V.                  CASE NUMBER: **07-C-121**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security Administration,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the decision of the Commissioner of the Social Security Administration that plaintiff is not disabled is VACATED. This case is REMANDED to the Commissioner of the Social Security Administration for further proceeding. See 42 U.S.C. § 405(g) (sentence four).**

**This action is hereby DISMISSED.**

    December 20, 2007                             JON W. SANFILIPPO
Date                                                            Clerk

                                                                 s/ Linda M. Zik
                                                                 (By) Deputy Clerk